UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>             Plaintiff,<br><br>      v.<br><br>J. R. BRADFORD, et al.,<br><br>             Defendants. | No. 2:16-cv-0544-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint, *see* ECF No. 13.

Plaintiff's request (ECF No. 15) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: January 31, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE