UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH B. GIBBS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.R. BRADFORD, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0544-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his amended complaint pursuant to the court's November 27, 2018 order.

Plaintiff's request (ECF No. 19) is granted and plaintiff has 45 days from the date this order is served to file his amended complaint.

So ordered.

Dated: January 9, 2019.

　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE