1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KENNETH G. GIBBS,                          No.  2:16-cv-0544-MCE-EFB P

12                  Plaintiff,

13            v.                                    ORDER

14      J.R. BRADFORD, et al.,

15                  Defendants.

16

17            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18      under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19      28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On April 9, 2020, the magistrate judge filed findings and recommendations herein which

21      were served on all parties and which contained notice to all parties that any objections to the

22      findings and recommendations were to be filed within fourteen days.  ECF No. 42.  Neither party

23      has filed objections to the findings and recommendations.

24            The Court has reviewed the file and finds the findings and recommendations to be

25      supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26      ORDERED that:

27            1.  The findings and recommendations filed April 9, 2020, ECF No. 42, are ADOPTED in

28      full; and

1

1    2.  Plaintiff's motion "to keep lawsuit against the defendants," construed as motion for

2  relief from judgment pursuant to Rule 60(b), ECF No. 36, is DENIED.

3       IT IS SO ORDERED.

4  Dated:  May 26, 2020

5

6                                        _____
                                         MORRISON C. ENGLAND, JR.
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28